DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANIEL OROZCO-PRECIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL OROZCO-PRECIADO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:07-cr-0296 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON <br><br> Date : January 28, 2008 <br> Time: 9:00 a.m. <br> Judge: Oliver W. Wanger |

  IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 22, 2008, may be continued to **January 28, 2008 at 9:00 a.m.**

  This continuance is requested by counsel for the defendant to allow additional time for the government to provide supplemental discovery to defendant's counsel, for review of the supplemental discovery by defendant and defendant's counsel, and for defendant's consideration of plea offer.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATED:  January 11, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kevin P. Rooney
                                KEVIN P. ROONEY
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: January 11, 2008         DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Carrie S. Leonetti
                                CARRIE S. LEONETTI
                                Assistant Federal Defender
                                Attorney for Defendant
                                Daniel Orozco-Preciado

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 11, 2008**              **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

Orozco-Preciado - Stipulation          2